Certificate Number: 16339-PAE-DE-040832738

Bankruptcy Case Number: 26-11186



16339-PAE-DE-040832738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2026, at 3:53 o'clock PM EDT, Juan Espaillat completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 8, 2026                        By:      /s/Kris Krumal

                                                     Name:  Kris Krumal

                                                     Title:  Certified Financial Counselor